MANUFACTURERS TRUST COMPANY, Appellant, *v.* MARY E. W. MILLER, Respondent.

Argued March 16, 1942; decided April 23, 1942.

*Leonard G. Bisco, George B. Balamut* and *Nathan Waxman* for appellant.

*John F. X. Finn* and *Albert Bonynge,* appearing specially, for respondent.

Order affirmed, with costs. First and third questions certified answered in the negative. Second question not answered. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH; RIPPEY, LEWIS, CONWAY and DESMOND, JJ.